# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Queencandace Johnson<br><br>Plaintiff,<br><br>v.<br><br>Accounts Receivable Management, Inc.<br><br>Defendant. | CASE NO.: 07-C-6763<br><br>JUDGE: Der-Yeghiayan<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
   Timothy J. Sostrin
   Attorney for Plaintiff
   20 West Kinzie; Suite 1300
   Chicago, IL 60611
   Telephone: 1.866.339.1156
   tjs@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I served Defendant with a copy of the forgoing NOTICE OF DISMISSAL by depositing a copy of the same in the United States Mail, addressed as follows:

Accounts Receivable Management, Inc.
c/o CT Corporation System,
Registered Agent
208 S. Lasalle St., Suite 814
Chicago, IL 60604

s/Timothy J. Sostrin